# IN THE UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MONICA DRASOVEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| VIRGINIA BOARD OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS THE COMPLAINT

COME NOW the defendants, Prince William County School Board, Steven Walts, Michelle Roper, and David Cassady, Jr., by counsel, and moves to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

Defendant relies upon the accompanying Memorandum in Support, filed simultaneously herein.

Respectfully submitted,

**PRINCE WILLIAM COUNTY SCHOOL BOARD
STEVEN WALTS, MICHELLE ROPER, AND
DAVID CASSADY, JR.**

By Counsel

_____/s/_____
Julia B. Judkins, VSB No. 22597
Heather K. Bardot, VSB No. 37269
Nicole L. Antolic, VSB No. 93038
BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
(703)385-1000 Telephone
(703)385-1555 Facsimile
jjudkins@bmhjlaw.com
*Counsel for Defendants Prince William County School Board,
Steven Walts, Michelle Roper, and David Cassady, Jr.*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 13, 2019, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) and delivered copies via fax and mail to the following:

> Justin M. Reiner, Esquire, VSB No. 72251
> Axelson, Williamowsky, Bender & Fishman, P.C.
> 1401 Rockville Pike, Suite 650
> Rockville, MD 20852
> 301- 738-7679 (telephone)
> jmr@awbflaw.com
> *Counsel for Plaintiff*

and emailed and mailed, by first-class mail, postage prepaid, copy of this pleading to:

> Carrie Nee, Senior Assistant Attorney General
> Chief, Education Section
> Office of Mark Herring Attorney General of Virginia
> 202 North Ninth Street
> Richmond, Virginia 23219
> cnee@oag.state.va.us
> *Counsel for Defendant Virginia Board of Education*

              /s/
            Julia B. Judkins, VSB No. 22597
            BANCROFT, McGAVIN, HORVATH
             & JUDKINS, P.C.
            9990 Fairfax Boulevard, Suite 400
            Fairfax, Virginia 22030
            (703) 385-1000 (Telephone)
            (703) 385-1555 (Facsimile)
            jjudkins@bmhjlaw.com
            *Counsel for Defendants Prince William County*
            *School Board, Steven Walts, Michelle Roper, and*
            *David Cassady, Jr.*